IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:17-CR-055 |
| vs. | : | HONORABLE WALTER H. RICE |
| ALIG, Austin Kevin | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 22, 2017, and amends the following condition:

*1. Location Monitoring status reduced to Curfew: You are restricted to your residence every day as directed by the U.S. Pretrial Services Office or supervising officer.*

All other bond conditions remain in full force and effect.

Date: 3-23-18

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE