IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| vs | ) Case No. 3:17CR055<br>)<br>) |
| AUSTIN K. ALIG | ) |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named was sentenced to a three years term of Supervised Release on September 7, 2018. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 26th day of march, 2021

The Honorable Walter H. Rice
United States District Court Judge